**7019 1640 0001 5942 5057**

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SEATTLE, WA 98102  OFFICIAL USE

| Certified Mail Fee | $3.55 | 0904 |
| --- | --- | --- |
|  |  | 01 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)           $2.85
- ☐ Return Receipt (electronic)         $0.00
- ☐ Certified Mail Restricted Delivery  $0.00
- ☐ Adult Signature Required            $0.00
- ☐ Adult Signature Restricted Delivery $0.00

Postage  $1.80

Total Postage and Fees  $8.20

Postmark Here  03/27/2020

Sent To _____

Street and Apt. No., or PO Box No. _____

City, State, ZIP+4® _____

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70191640000159425057

Remove ✕

Your item arrived at the SEATTLE, WA 98102 post office at 9:09 am on April 2, 2020 and is ready for pickup.

## Available for Pickup

April 2, 2020 at 9:09 am
Available for Pickup
SEATTLE, WA 98102

Feedback

**Text & Email Updates** 

**Tracking History** 

**April 2, 2020, 9:09 am**
Available for Pickup
SEATTLE, WA 98102
Your item arrived at the SEATTLE, WA 98102 post office at 9:09 am on April 2, 2020 and is ready for pickup.

**April 1, 2020, 3:20 pm**
Notice Left (No Authorized Recipient Available)
SEATTLE, WA 98102

**April 1, 2020, 7:10 am**
Out for Delivery

SEATTLE, WA 98102

**April 1, 2020, 6:24 am**
Arrived at Unit
SEATTLE, WA 98134

**April 1, 2020, 3:30 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**April 1, 2020, 1:06 am**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**April 1, 2020, 12:14 am**
Departed USPS Regional Facility
SEATTLE WA NETWORK DISTRIBUTION CENTER

**March 31, 2020, 10:56 pm**
Arrived at USPS Regional Destination Facility
SEATTLE WA NETWORK DISTRIBUTION CENTER

**March 31, 2020**
In Transit to Next Facility

**March 30, 2020, 7:17 pm**
Arrived at USPS Regional Origin Facility
SPRINGFIELD MA NETWORK DISTRIBUTION CENTER

**March 29, 2020, 3:51 pm**
Arrived at USPS Regional Facility
ALBANY NY DISTRIBUTION CENTER

**March 29, 2020, 1:02 am**
Arrived at USPS Regional Origin Facility
KEARNY NJ DISTRIBUTION CENTER

Feedback

**March 27, 2020, 5:05 pm**
Departed Post Office
STAMFORD, CT 06907

**March 27, 2020, 12:54 pm**
USPS in possession of item
STAMFORD, CT 06907

**Product Information** ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**


Feedback