









♥ 1

**MajinVegeta46** @MVegeta46 · Feb 22
Replying to @JimmyWinMedia
I'm going to try my best to go to the New York conference. This looks like so much fun. I'm sad I missed it!

**AfroQBen** @AfroQBen · Feb 22
Replying to @JimmyWinMedia
So good! You guys really did up!

**Freeliners** @freeliners1 · Feb 22
Replying to @JimmyWinMedia
Dr. Emmett Brown:
The way I see it, if you're gonna build applications on BitcoinSV, why not do it with some style? 😉💪

#ThanksForDelivering
Keeping the world moving.
Promoted by UPS

Trending in United States
**Train to Busan**
Trending with: Train to Busan 2

Trending in United States
**Coach Reese**

News · Trending
**David Letterman**
5,257 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More
© 2020 Twitter, Inc.





Trending in United States
**Coach Reese**

Show more

Terms   Privacy policy   Cookies   Ads info   More
© 2020 Twitter, Inc.

**Jimmy Nguyen**
@JimmyWinMedia

Somewhere deep in the woods of Slovenia . . .

@PuhekR, CSW + red shoes



12:50 PM · Mar 4, 2020 · Twitter for Android

10 Retweets   134 Likes

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Relevant people**

**Jimmy Nguyen**
@JimmyWinMedia
@BitcoinAssn President | @nchainglobal former CEO |#BitcoinSV #BSV is original #Bitcoin |#blockchain | former #tech lawyer | Why Fit In? Stand Out and WIN 🏳️‍🌈

**RomanP**
@PuhekR
CEO & Founder of CREA.

**Trends for you**

News · Trending
**#COVID19Pandemic**
342K Tweets

Coronavirus
Coronavirus: More than one million cases confirmed ...

**#ThanksForDelivering**
Keeping the world moving.
↗ Promoted by UPS

Trending in United States
**Train to Busan**
Trending with: Train to Busan 2

Trending in United States
**Coach Reese**

News · Trending
**David Letterman**
5,257 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More
© 2020 Twitter, Inc.

cryptofactor  @CryptoFactor · Mar 4











Happy Aloha Friday

♡ 1

**Kurt in Quarantine** 🦠✡ @kurtwuckertjr · Mar 6
Replying to @JimmyWinMedia
Looking good, Jimmy!

♡ 1

**jefferson ✡ bitcoin sv** @jeffersonkernel · Mar 6
Replying to @JimmyWinMedia
🥷 where is jimmy



♡ 1

☀️ 🄿🄴🅁🅄🄲🅁🅈🄿🅃🄾 🕉 @PerucryptOM · Mar 6
Replying to @JimmyWinMedia
🔥

ヤギ氏(´ω｀)BitcoinSV @bitcoinsv_jp · Mar 6
Replying to @JimmyWinMedia
It really suits you.  cool 😎

**Stephen Zhou** @stv1024 · Mar 6
Replying to @JimmyWinMedia
Be careful! It's getting more and more dangerous outside.

**cypher** @Cypher437 · Mar 6
Replying to @JimmyWinMedia
Let me cut your hair next time!

**Gustavo Rullan** @GusRullan · Mar 6
Replying to @JimmyWinMedia

Show more

Terms   Privacy policy   Cookies   Ads info   More ∨
© 2020 Twitter, Inc.



**Scott Sycamore** @WestSideCater · Mar 6
Replying to @JimmyWinMedia
Are you the CEO of BSV or what?

Show more replies





♡ 1

**Joakim Holmer** ⏰⏰⏰ @joakim_holmer · Mar 12
Replying to @JimmyWinMedia
Awesome !!!

**Carnivorous Bitcoinorous** @davewantsmoore · Mar 12
Replying to @JimmyWinMedia
Calvin Air.

Very clever. 🤣😆😎