HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*IN RE SUBPOENA TO JIMMY NGUYEN*

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman; and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO. 20-mc-00026-RSL<br><br>NOTICE OF APPEARANCE OF COUNSEL |

TO: The Clerk of Court;

AND TO: All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for James "Jimmy" D. Nguyen, Subpoenaed Individual.

NOTICE OF APPEARANCE OF COUNSEL - 1
(USDC Case No. 20-mc-00026-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7083326.1

1  DATED this 20th day of April, 2020.

2

3
/s/ Scott B. Henrie, WSBA #12673
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
4  601 Union Street, Suite 4100
Seattle, WA  98101-2380
5  Telephone:  (206) 628-6600
E-mail:  shenrie@williamskastner.com

6

7           and

8
/s/ Spencer H. Silverglate, FL Bar No. 769223
/s/ Trevor Gillum, FL Bar No. 1003867
Spencer H. Silverglate, FL Bar No. 769223
9  *Pro Hac Vice Application Pending*
Trevor Gillum, FL Bar No. 1003867
10  *Pro Hac Vice Application Pending*
CLARKE SILVERGLATE, P.A.
11  799 Brickell Plaza, Suite 900
Miami, FL  33131-2805
12  Telephone:  (305) 377-0700
Email:  ssilverglate@cspalaw.com; and
13          TGillum@cspalaw.com

14
***Attorneys for James "Jimmy" D. Nguyen,***
***Subpoenaed Individual***
15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE OF COUNSEL - 2
(USDC Case No. 20-mc-00026-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington  98101-2380
(206) 628-6600

7083326.1

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on April 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered with CM/ECF.

Further, I hereby certify that on April 20, 2020, I provided the foregoing to following non-CM/ECF participants via Electronic Mail/Email:

*Counsel for Plaintiffs:*

Emanuel Jacobowitz, WSBA #39991
CLOUTIER ARNOLD JACOBOWITZ, PLLC
2701 1st Ave., Ste. #200
Seattle, WA  98121
Telephone:  206-769-3759
Email:  manny@CAJlawyers.com

Kyle W. Roche and Joseph M. Delich
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY  10016
Email: kyle@rcfllp.com; and
jdelich@rcfllp.com

Velvel (Devin) Freedman, FL Bar No. 99762
ROCHE CYRULNIK FREEDMAN LLP
200 S. Biscayne Blvd, Suite 5500
Miami, FL  33131
Telephone: (305) 357-3861
Email:  vel@rcfllp.com; and
nbermond@rcfllp.com

Andrew S. Brenner
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL  33131
Email:  abrenner@bsfllp.com

*Counsel for Defendant:*
Amanda McGovern
Email:  amcgovern@riveromestre.com

DATED this 20th day of April, 2020.

/s/ Scott B. Henrie, WSBA #12673
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600   Fax:  (206) 628-6611
Email:  shenrie@williamskastner.com

*Attorneys for James "Jimmy" D. Nguyen, Subpoenaed Individual*

NOTICE OF APPEARANCE OF COUNSEL - 3
(USDC Case No. 20-mc-00026-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington  98101-2380
(206) 628-6600

7083326.1