

United States District Court
Western District of Washington

**IN RE SUBPOENA TO JIMMY NGUYEN**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | Case Number: 20-mc-00026-RSL |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| CRAIG WRIGHT, | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, **Trevor Gillum** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

James "Jimmy" D. Nguyen, Subpoenaed Individual

The particular need for my appearance and participation is:

I and Spencer H. Silverglate are Mr. Nguyen's primary counsel in this matter.

I, **Trevor Gillum** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **April 20, 2020**   Signature of Applicant: s/ **Trevor Gillum**
                                                       **Trevor Gillum**

**Pro Hac Vice Attorney**

Applicant's Name: Trevor Gillum
Law Firm Name: Clarke Silverglate, P.A.
Street Address 1: 799 Brickell Plaza, Suite 900
Address Line 2:
City: Miami   State: FL   Zip: 33131-2805
Phone Number w/ Area Code: (305) 377-0700   Bar #: 1003867   State: Florida
Primary E-mail Address: tgillum@cspalaw.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: rrosenberg@cspalaw.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant **Trevor Gillum** is unable to be present upon any date assigned by the court.

Date: April 20, 2020   Signature of Local Counsel: s/ Scott B. Henrie, WSBA #12673

Local Counsel's Name: Scott B. Henrie
Law Firm Name: Williams Kastner & Gibbs, PLLC
Street Address 1: 601 Union Street, Suite 4100
Address Line 2:
City: Seattle   State: WA   Zip: 98101
Phone Number w/ Area Code: (206) 628-6600   Bar #: 12673



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed __**April 20, 2020**__ Signature s/__**Trevor Gillum**_____

(Pro Hac Vice applicant name) **Trevor Gillum**