HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

***IN RE SUBPOENA TO JIMMY NGUYEN***

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman; and W&K Info Defense Research, LLC,

  Plaintiffs,

 v.

CRAIG WRIGHT,

  Defendant.

CASE NO. 20-mc-00026-RSL

**DECLARATION OF JIMMY NGUYEN**

Noting Date: April 24, 2020

**WITHOUT ORAL ARGUMENT**

DECLARATION OF JIMMY NGUYEN
IN SUPPORT OF NON-PARTY JIMMY
NGUYEN'S MOTION TO QUASH
(USDC Case No. 20-mc-00026-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# DECLARATION

1. My name is Jimmy Nguyen. I am over the age of 18, and I have personal knowledge of the facts stated in this declaration.

2. I serve as President of the Bitcoin Association, the leading global industry organization for Bitcoin business that supports Bitcoin SV (BSV), one of the competing chains of Bitcoin. While I maintain a residence in the State of Washington, my work in the digital currency industry demands extensive international business travel.

3. Before committing myself full-time to the Bitcoin industry, I was a lawyer and partner in the Los Angeles office of Davis Wright Tremaine LLP ("DWT"). In February 2017, I left DWT to join nChain Holdings Ltd ("nChain"), for which I held several positions, including CEO. nChain is one of the world's leading blockchain technology companies and a key Bitcoin SV supporter.

4. In late 2018, I transitioned from nChain CEO to President of the Bitcoin Association, devoting myself full-time to growing the global ecosystem for Bitcoin SV. I was also appointed Chair of nChain's Strategic Advisory Board. I subsequently began using a new Bitcoin Association email account, which became my primary email account.

5. As President of the Bitcoin Association, I oversee issues affecting the entire Bitcoin SV business ecosystem. As the Bitcoin SV ecosystem grew, my objectivity in leading the Bitcoin Association and its expanded activities became essential. Therefore, in late 2019 and early 2020, I began withdrawing from numerous corporate boards, including the Strategic Advisory Board of nChain on March 12, 2020. As part of this process, I stopped almost all use of my nChain.com email account on or about February 4, 2020 and instead used my Bitcoin Association email account.

DECLARATION OF JIMMY NGUYEN
IN SUPPORT OF NON-PARTY JIMMY
NGUYEN'S MOTION TO QUASH
(USDC Case No. 20-mc-00026-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6. On March 6, 2020, the IT support manager for nChain informed me about an unauthorized attempt to access my nChain.com email account. Because I was no longer using my nChain.com email, plans were developed to permanently deactivate my nChain account and avoid any further attempted breaches.

7. My nChain email account was scheduled to be deactivated on March 13, 2020, the day after my formal resignation from the nChain Strategic Advisory Board. I believe IT support ultimately deactivated my nChain email account on March 19.

8. Since 2017, my roles for both nChain and the Bitcoin Association have required frequent and extensive international travel as a global advocate for Bitcoin. It is common for me to be on the road and away from my residence for 1-2 full months, and sometimes up to 3 full months. My position as Bitcoin Association President requires such extensive international travel because I am one of the most visible public advocates on behalf of Bitcoin SV. I frequently attend, host, and speak at a wide variety of digital currency conferences, many of which the Bitcoin Association hosts entirely by itself or sponsors with industry third-parties.

9. As a global industry leader for Bitcoin business, the Bitcoin Association actively promotes and advertises my speaking events through its website (including on the Events page at https://bitcoinassociation.net/events/) and social media accounts. CoinGeek.com is considered the leading media outlet focused on Bitcoin SV news and events, regularly advertising these industry conferences—and my speaking appearances—through its website and social media accounts.

10. I was a speaker at the T-Edge Conference in Beijing, China, which took place December 6-8, 2019. This event, with my speaking appearance, was publicly promoted through the Bitcoin Association website, the Bitcoin Association social media accounts, and the T-Edge Conference website.

DECLARATION OF JIMMY NGUYEN
IN SUPPORT OF NON-PARTY JIMMY
NGUYEN'S MOTION TO QUASH
(USDC Case No. 20-mc-00026-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

11. On December 7, 2019, I presented at the BSV China Conference in Beijing, China, which was hosted by the Bitcoin Association. This event, with my speaking appearance, was publicly promoted through the Bitcoin Association website, the Bitcoin Association social media accounts, and other media platforms.

12. On February 1, 2020, I flew to London, UK to begin a series of consecutive business trips and conference events that were planned to last approximately 2 months.

13. On February 8, 2020, I traveled from London to Moscow, Russia to participate in business meetings and speak at the Future of Sports & Blockchain Conference on February 14, 2020. This event, with my speaking appearance, was publicly promoted through the Bitcoin Association website, the Bitcoin Association social media accounts, and other media platforms. I was in Moscow from February 8 to February 16.

14. On February 16, I returned to London to prepare for and participate in the CoinGeek London 2020 Conference. That conference took place between February 20 and February 21, 2020. I also participated in many business meetings and related events in the days before and after the CoinGeek London 2020 Conference. I was ultimately in London between February 16 and February 28, 2020.

15. CoinGeek is a critical supporter of Bitcoin SV, and its global conferences are the most recognized and heavily promoted blockchain events for the entire Bitcoin SV ecosystem. At all CoinGeek conferences to date, including the CoinGeek London 2020 event, I served as the conference host, program emcee, and moderator for multiple sessions.[1] These obligations required my physical presence at the conference venue throughout the entire day and in highly visible settings, both on-stage and off-stage. The CoinGeek London 2020 Conference was the largest CoinGeek

---

[1] In the digital currency industry and media, Bitcoin SV is widely associated with Dr. Craig S. Wright. Therefore, Dr. Wright is also a headline speaker at every CoinGeek Conference.

DECLARATION OF JIMMY NGUYEN
IN SUPPORT OF NON-PARTY JIMMY
NGUYEN'S MOTION TO QUASH
(USDC Case No. 20-mc-00026-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

conference to date, and together with my speaking appearance, was publicly promoted through the Bitcoin Association website, the Bitcoin Association social media accounts, other media platforms (such as CoinGeek), and press releases to third-party media outlets. The CoinGeek London 2020 conference (as several past CoinGeek conferences) was also live-streamed on YouTube. Thus, my appearance at the CoinGeek London 2020 Conference in February 2020 was widely known.

16. On February 28, I flew directly from London to Ljubljana, Slovenia to participate in a March 3 invitation-only Bitcoin SV conference. This event was hosted by a Slovenian development CREA, along with nChain and the Bitcoin Association. I also attended business meetings that same week. After Ljubljana, I returned to London, before traveling to Antigua.

17. During the week of March 9-13, 2020, I attended meetings in Antigua with numerous industry leaders and representatives for companies in the Bitcoin SV ecosystem. After Antigua, I was originally scheduled to travel to New York for two weeks of business meetings. However, due to the coronavirus pandemic, my New York travel plans had to be canceled.

18. On March 20, 2020, I left Antigua and returned to the United States. I have been sheltering in safe and isolated locations due to the COVID-19 global pandemic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 20th day of April, 2020.

*Jimmy Nguyen*
Jimmy Nguyen

DECLARATION OF JIMMY NGUYEN
IN SUPPORT OF NON-PARTY JIMMY
NGUYEN'S MOTION TO QUASH
(USDC Case No. 20-mc-00026-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

/s/ Scott B. Henrie
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
E-mail: shenrie@williamskastner.com

and

/s/ Spencer H. Silverglate
Spencer H. Silverglate, FL Bar No. 769223
*Pro Hac Vice Application Pending*
Trevor Gillum, FL Bar No. 1003867
*Pro Hac Vice Application Pending*
CLARKE SILVERGLATE, P.A.
799 Brickell Plaza, Suite 900
Miami, FL 33131-2805
Telephone: (305) 377-0700
Email: ssilverglate@cspalaw.com; and
tgillum@cspalaw.com

***Attorneys for James "Jimmy" Nguyen, Subpoenaed Individual***

DECLARATION OF JIMMY NGUYEN
IN SUPPORT OF NON-PARTY JIMMY
NGUYEN'S MOTION TO QUASH
(USDC Case No. 20-mc-00026-RSL)

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on April 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered with CM/ECF.

Further, I hereby certify that on April 20, 2020, I provided the foregoing to following non-CM/ECF participants via Electronic Mail/Email:

*Counsel for Plaintiffs:*

Emanuel Jacobowitz, WSBA #39991
CLOUTIER ARNOLD JACOBOWITZ, PLLC
2701 1st Ave., Ste. #200
Seattle, WA 98121
Telephone: 206-769-3759
Email: manny@CAJlawyers.com

Kyle W. Roche and Joseph M. Delich
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY 10016
Email: kyle@rcfllp.com; and
jdelich@rcfllp.com

Velvel (Devin) Freedman, FL Bar No. 99762
ROCHE CYRULNIK FREEDMAN LLP
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
Email: vel@rcfllp.com; and
nbermond@rcfllp.com

Andrew S. Brenner
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Email: abrenner@bsfllp.com

*Counsel for Defendant:*
Amanda McGovern
Email: amcgovern@riveromestre.com

DATED this 20th day of April, 2020.

/s/ Scott B. Henrie
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600   Fax: (206) 628-6611
Email: shenrie@williamskastner.com

*Attorneys for James "Jimmy" Nguyen,
Subpoenaed Individual*

DECLARATION OF JIMMY NGUYEN
IN SUPPORT OF NON-PARTY JIMMY
NGUYEN'S MOTION TO QUASH
(USDC Case No. 20-mc-00026-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 18-cv-80176-BLOOM-Hopkins

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

    *Plaintiffs,*

vs.

CRAIG WRIGHT,

    *Defendant.*

## **PLAINTIFFS' RULE 26 (A)(1) INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's March 11, 2018 order setting, Plaintiffs Ira Kleiman as personal representative of the estate of David Kleiman, and W&K Info Defense Research, LLC ("W&K") provide the following initial disclosures:

### **PRELIMINARY STATEMENT**

These disclosures are based upon information available to Plaintiffs as of the date of this document. By making these disclosures, Plaintiffs do not represent they are identifying each and every document, individual, or other evidence they may use in support of their claims. Rather, Plaintiffs have made a good faith effort to gather and provide information subject to disclosure under Rule 26(a)(1) and Plaintiff reserves the right to supplement or modify these disclosures as additional information is discovered.

These disclosures are also not intended to waive any right to object to the production of any document or tangible thing disclosed on the basis of any privilege, work-product doctrine, relevancy, undue burden, or any other valid objection. No incidental or implied admissions are intended by the disclosures herein.

A.  **Individuals Plaintiffs may use to support their claims (Fed. R. Civ. P. 26(a)(1)(A)(i))**

Plaintiffs' investigation is ongoing and Plaintiff reserves the right to supplement the list of individuals disclosed below. Plaintiff provides the name and, if known, the address and telephone number of each individual likely to have discoverable information that Plaintiff may use to support his claims or defenses, unless solely for impeachment, identifying the subjects of the information, as follows:

1. **Ira Kleiman, Plaintiff.** Ira Kleiman possesses information related to Craig Wright ("Craig") and David Kleiman's ("Dave") collaboration on creating Bitcoin, mining bitcoins, and developing valuable intellectual property, as well as Craig's subsequent theft of these assets. Mr. Kleiman may be contacted through undersigned counsel.

2. **Craig Wright, Defendant.** Craig possesses information related to the relationship between himself, Dave, and W&K, including the extent and nature of Dave and Craig's partnership and collaboration in creating Bitcoin, mining bitcoins, and developing various valuable intellectual properties/trade secrets, and the agreements understandings, and ownership structure that arose from those collaborations and partnerships; the actions taken by Craig before and after the time Dave died to take control over bitcoins, intellectual property, and trade secrets belonging to Dave's estate and/or W&K; how Craig has subsequently used and/or saved these assets; and various trusts identified by Craig where Dave's bitcoins may be held; and the actual and constructive fraud perpetuated by Craig against Plaintiffs. Craig may be contacted care of his counsel.

3. **Patrick Paige**. Mr. Page possesses information related to Craig and Dave's collaboration in creating Bitcoin, mining bitcoins, and Craig's use of intellectual property developed by Dave. Mr. Paige's office is located at 933 S. Military Trl., Suite E8, West Palm Beach,

Florida 33415. His phone number is 561.404.3074.

4. **Uyen Nguyen**. Ms. Nguyen possesses information related to the relationship between Craig, Dave, and W&K, including the extent and nature of their partnership and collaboration in creating Bitcoin, mining bitcoins, and developing various valuable intellectual properties/trade secrets, and the agreements understandings, and ownership structure that arose from those collaborations and partnerships; the actions taken by Craig before and after Dave died to take control over bitcoins, intellectual property, and trade secrets belonging to Dave's estate and/or W&K; how Craig has subsequently used and/or saved these assets; and various trusts identified by Craig where Dave's bitcoins may be held. The undersigned is not currently aware of Ms. Nguyen's whereabouts, but Defendant indicated she's located in California. (DE 12-2 at 4).

5. **Andrew O'Hagan**. Mr. O'Hagan possesses information related to the relationship between Craig, Dave, and W&K, including the extent and nature of their partnership and collaboration in creating Bitcoin, mining bitcoins, and developing various valuable intellectual properties/trade secrets. The undersigned is not currently aware of Mr. O'Hagan's contact information.

6. **Ramona Watts.** Ms. Watts is Defendant's wife and possesses information related to the relationship between Craig, Dave, & W&K, including the extent and nature of their partnership and collaboration in creating Bitcoin, mining bitcoins, and developing various valuable intellectual properties/trade secrets, and the agreements understandings, and ownership structure that arose from those collaborations and partnerships; the actions taken by Craig before and after the time Dave died to take control over bitcoins, intellectual property, and trade secrets belonging to Dave's estate and/or W&K; how Craig has

subsequently used and/or saved these assets; and various trusts identified by Craig where Dave's bitcoins may be held; and the actual and constructive fraud perpetuated by Craig against Plaintiffs. Ms. Watts can be contacted at 21 Harebell Hill, Cobham, Surrey, KT11 2RS, England.

7. **Bob Radvanovky.** Mr. Radvanovsky possess information related to the formation and purpose of W&K. Counsel believes Mr. Radvanovky's phone number is 630-673-7740.

B. **Documents in Plaintiff's Custody, Possession or Control that May Be Used to Support His Claims (Fed. R. Civ. P. 26(a)(1)(A)(ii))**

Plaintiffs' investigation is ongoing and Plaintiffs reserves the right to supplement the list of categories disclosed below. Plaintiffs provides the following description by category and location (Plaintiffs' counsel's office) of all documents, data compilations, and tangible things in their possession, custody, or control that they may use to support their claims or defenses, unless solely for impeachment as follows:

1. Documentation Plaintiffs attached to the complaint and amended complaint filed in this action;

2. Documentation received from the court of New South Wales relating to Craig and Plaintiffs' bitcoins, relationship, intellectual property, trade secrets, and Craig's claims and actions related to them;

3. Documentation received from the Australian Tax Office relating to Craig and Plaintiffs' bitcoins, relationship, intellectual property, trade secrets, and Craig's claims and actions related to them;

4. Documentation received from Craig.

C. **Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii))**

Plaintiffs' investigation is ongoing and Plaintiffs reserve the right to supplement the information provided concerning damages. As set forth in the Amended Complaint, Plaintiffs have suffered significant damages in the form of Craig having stolen their bitcoins and intellectual property rights. During the time these assets were, and are, held by Craig, they have been worth

between ~$201,728,340.04 and more than $27,332,125,781.68, before punitive or treble damages and exclusive of attorney's fees and costs. Plaintiffs have also been damaged as a result of Craig's actual and constructive fraud, but have not yet calculated the precise amount of those damages. Plaintiffs have not yet identified an expert or experts to be called to testify as to damages at trial and to assist in the calculation of the amount of damages Plaintiff will seek at trial. As discovery in this matter has not yet commenced, Plaintiffs will supplement this initial disclosure statement with any additional information uncovered regarding damages.

**D.     Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(A)(iv))**

Plaintiffs are not aware of any insurance agreement under which any insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**E.     Reservation of Rights**

Discovery is ongoing. Plaintiffs reserve: (a) their right to supplement any information in this disclosure; (b) all objections to the admissibility of documents and/or witnesses disclosed by any party; and (c) their right to use as evidence any documents and/or witness testimony disclosed by any party or filed in this action.

Dated: May 25, 2018.

Respectfully submitted,

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
vfreedman@bsfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
BOIES SCHILLER FLEXNER LLP
333 Main Street

Armonk, NY10504  
Telephone: (914) 749-8200  
Facsimile: (914) 749-8300  
kroche@bsfllp.com  

*Counsel to Plaintiff Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2018, a true and correct copy of the foregoing was served on all counsel of record identified on the Service List below via e-mail:

Andres Rivero, Esq.  
Jorge A. Mester, Esq.  
Alan H. Rolnick, Esq.  
Daniel Sox, Esq.  
RIVERO MESTRE LLP  
2525 Ponce de Leon Boulevard  
Suite 1000  
Coral Gables, FL 33134  
305-445-2500  
(305) 445-2505 (fax)  
arivero@riveromestre.com  
jmestre@riveromestre.com  
arolnick@riveromestre.com  
dsox@riveromestre.com  
receptionist@riveromestre.com  

      */s/ Velvel (Devin) Freedman*  
      Velvel (Devin) Freedman