1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

In re: Subpoena to Jimmy Nguyen.                        )
                                                        )
                                                        )

9

10

11

12

13

14

IRA KLEIMAN, *et al.*,                                  )
                                                        )
                          Plaintiffs,                   )          Case No. MC20-0026RSL
                                                        )
              v.                                        )
                                                        )          ORDER
CRAIG WRIGHT,                                           )
                                                        )
                          Defendant.                    )

15

16

17

18

On April 6, 2020, plaintiffs filed a motion to compel Jimmy Nguyen to comply with two
third-party subpoenas. Mr. Nguyen has filed his opposition to the motion. In light of the
contested nature of this proceeding, the Clerk of Court is directed to assign a civil action
number.

19

20

Dated this 21st day of April, 2020.

21

22

23

*MVP S Lasnik*

Robert S. Lasnik
United States District Judge

24

25

26

ORDER