**Subject:** Activity in Case 9:18-cv-80176-BB Kleiman v. Wright Order on Motion for Discovery
**Date:** Thursday, April 9, 2020 at 3:44:37 PM Eastern Daylight Time
**From:** cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
**To:** flsd_cmecf_notice@flsd.uscourts.gov <flsd_cmecf_notice@flsd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 4/9/2020 at 3:44 PM EDT and filed on 4/9/2020
**Case Name:**        Kleiman v. Wright
**Case Number:**      9:18-cv-80176-BB
**Filer:**
**Document Number:** 451(No document attached)

**Docket Text:**
**PAPERLESS ORDER granting in part and denying in part [449] the parties' Joint Motion for Discovery. Defendant's Requests for Admission regarding Mr. Kleiman's educational background are relevant and Plaintiffs' objections are overruled. Regarding Defendant's assertion of work product privilege over Mr. Lynam's statement, Defense counsel shall submit the statement for in camera review along with any supportive documentation by 4/17/20 at 5:00 p.m. Plaintiffs' request for Defendant's assistance in effecting service of process on Mr. Nguyen is denied. Signed by Magistrate Judge Bruce E. Reinhart on 4/9/2020. (hk02)**

**9:18-cv-80176-BB Notice has been electronically mailed to:**

Alan H. Rolnick     arolnick@riveromestre.com, receptionist@riveromestre.com, sgonzalez@riveromestre.com

Amanda Marie McGovern     amcgovern@riveromestre.com, palvarez@riveromestre.com, receptionist@riveromestre.com

Andres Rivero     arivero@riveromestre.com, amcgovern@riveromestre.com, crodriguez@riveromestre.com, cwhorton@riveromestre.com, ddaponte@riveromestre.com, jmestre@riveromestre.com, kvillalon@riveromestre.com, palvarez@riveromestre.com, receptionist@riveromestre.com, rsanchez@riveromestre.com, wlohr@riveromestre.com, zmarkoe@riveromestre.com

Andrew Scott Brenner     abrenner@bsfllp.com, alexander-holtzman-6847@ecf.pacerpro.com, jwikel@bsfllp.com, tlopez@bsfllp.com

Bryan Lee Paschal     bpaschal@riveromestre.com

Constantine Philip Economides     ceconomides@rcfllp.com

Devin Freedman     vel@rcfllp.com, nbermond@rcfllp.com

Joseph M. Delich     jdelich@rcfllp.com

Kyle Roche     kyle@rochefreedman.com

Laselve Elijah Harrison     lharrison@bsfllp.com, afambrini@bsfllp.com

Maxwell V. Pritt     mpritt@bsfllp.com

Schneur Zalman Kass     zkass@riveromestre.com

Stephen Lagos     slagos@rcfllp.com

Stephen N. Zack     szack@bsfllp.com

Zaharah R. Markoe     zmarkoe@riveromestre.com, amcgovern@riveromestre.com, wlohr@riveromestre.com, zkass@riveromestre.com

**9:18-cv-80176-BB Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**