UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
------------------------------------------------------------------x
Ira Kleiman, et al

                                            Plaintiff,

vs

Craig Wright

                                            Defendant,
------------------------------------------------------------------x

CIVIL ACTION NO.: 9:18-CV-80176

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF WASHINTON      )
COUNTY OF KING    )    s.s.:)

I, Cassandra Foster, being duly sworn, depose and say:

1. I am not a party in this action and am over the age of eighteen years. I reside in the state of Washington. I am a licensed process server bearing license number 2020556.

2. At the request of Roche Cyrulnik Freedman LLP, I was asked to effectuate service of a Subpoena to Testify at a Deposition in a Civil Action, Subpoena to Produce Documents, Information, Or Objects Or to Permit Inspection of Premises in a Civil Action with Schedule A, and a witness fee of $50.00 upon Jimmy Nguyen at the given address of 211 13th Avenue East, #B, Seattle, WA 98102.

3. On March 25, 2020 at 9:17 pm, I arrived at the given address of 211 13th Avenue East, #B, Seattle, WA 98102. A female came to the door but did not open the door. She refused to state her name and asked me, "What do you want". I told her that I had a delivery for Jimmy Nguyen. She told me that he's not here. She asked me to go away and come back tomorrow. She did not respond after that.

4. On March 26, 2020 at 7:55 pm, I returned to the given address of 211 13th Avenue East, #B, Seattle, WA 98102. There was no answer at the door.

5. On March 27, 2020 at 7:11 pm, I returned to the given address of 211 13th Avenue East, #B, Seattle, WA 98102. There was no answer at the door.

6. After due diligence, I was unable to serve Jimmy Nguyen with the named documents at the given address.

                                                               Cassandra Foster
                                                               License No. 2020556

Sworn to before me this
day of April, 2020

_____
Notary Public

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------------X
Ira Kleiman, et al                                    CIVIL ACTION NO.: 9:18-CV-
                        Plaintiff,                                80176

            vs

Craig Wright                                          AFFIDAVIT OF ATTEMPTED
                        Defendant,                              SERVICE
-----------------------------------------------------------------------X
STATE OF WASHINTON    )
COUNTY OF KING    )    s.s.:)

      I, Leslie Alexander, being duly sworn, depose and say:

      1.    I am not a party in this action and am over the age of eighteen years. I reside in the state of Washington. I am a licensed process server bearing license number 1920528 .

      2.    At the request of Roche Cyrulnik Freedman LLP, I was asked to effectuate service of a Subpoena to Testify at a Deposition in a Civil Action, Subpoena to Produce Documents, Information, Or Objects Or to Permit Inspection of Premises in a Civil Action with Schedule A, and a witness fee of $50.00 upon Jimmy Nguyen at the given address of 211 13th Avenue East, #B, Seattle, WA 98102.

      3.    On March 23, 2020 at 7:00 pm, I arrived at the given address of 211 13th Avenue East, #B, Seattle, WA 98102. There was no answer at the door. I heard voices but it could have been from the unit next door.

      4.    After due diligence, I was unable to serve Jimmy Nguyen with the named documents at the given address.

                                                      Leslie Alexander
                                                           License No. 1920528

Sworn to before me this 7th
day of April, 2020

_____
Notary Public

[Notary Stamp: DOUGLAS L STOCK, NOTARY PUBLIC, STATE OF WASHINGTON, License Number 90414, My Commission Expires January 29, 2023]

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| Ira Kleiman, et al | CIVIL ACTION NO.: 9:18-CV-80176 |
|---|---|
| vs *Plaintiff* | |
| Craig Wright | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

State of Washinton }
County of King } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Washington.

That on **4/03/2020** at **1:30 PM** at **211 13th Avenue East, #B, Seattle, WA 98102**

deponent served a(n) **Subpoena to Testify at a Deposition in a Civil Action, Subpoena to Produce Documents, Information, Or Objects Or to Permit Inspection of Premises in a Civil Action with Schedule A**

on **Jimmy Nguyen**,

by affixing a true copy of each to the door of said premises, which is witness's dwelling place/usual place of abode within the state. Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having attempted service there:

3/20/2020 03:30 PM 211 13th Avenue East, #B, Seattle, WA 98102– **There was no answer at the door.**
4/03/2020 01:30 PM 211 13th Avenue East, #B, Seattle, WA 98102– **There was no answer at the door.**

Within 20 days of such affixing deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to witness at witness's last known residence at **211 13th Avenue East, #B, Seattle, WA 98102**.

Mailed copy on: **4/03/2020**

At the time of said service, deponent paid (tendered) in advance $50.00 the authorized traveling expenses and one day's witness fee.

Sworn to before me this 7th day of April, 2020

_Doug L Stn_ (notary signature)

[Notary Seal: DOUGLAS L STOCK, NOTARY PUBLIC, STATE OF WASHINGTON, License Number 90414, My Commission Expires January 29, 2023]

Angel Hernandez
License No. 1820358

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
------------------------------------------------------------------------x
Ira Kleiman, et al                              CIVIL ACTION NO.: 9:18-CV-
                              Plaintiff,              80176
          vs
                                          AFFIDAVIT OF ATTEMPTED
Craig Wright                                              SERVICE
                              Defendant,
------------------------------------------------------------------------X
STATE OF WASHINTON     )
COUNTY OF KING   )    s.s.:)

       I, J Waymire, being duly sworn, depose and say:

       1.    I am not a party in this action and am over the age of eighteen years. I reside in the state of Washington. I am a licensed process server bearing license number 1116418.
       2.    At the request of Roche Cyrulnik Freedman LLP, I was asked to effectuate service of a Subpoena to Testify at a Deposition in a Civil Action, Subpoena to Produce Documents, Information, Or Objects Or to Permit Inspection of Premises in a Civil Action with Schedule A, and a witness fee of $50.00 upon Jimmy Nguyen at the given address of 211 13th Avenue East, #B, Seattle, WA 98102.
       3.    On March 25, 2020 at 2:26 pm, I arrived at the given address of 211 13th Avenue East, #B, Seattle, WA 98102. There was no answer at the door.
       4.    After due diligence, I was unable to serve Jimmy Nguyen with the named documents at the given address.

_____
J Waymire
License No. 1116418

Sworn to before me this 6th
day of April, 2020

_____
Notary Public

DOUGLAS L STOCK
NOTARY PUBLIC
STATE OF WASHINGTON
License Number 90414
My Commission Expires January 29, 2023

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Ira Kleiman, et al.
          Plaintiff(s),
VS.

Craig Wright
          Defendant(s),

Case No.:9:18-cv-80176

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
COUNTY OF KING ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

The undersigned duly served Jimmy Nguyen by posting 1 true and correct set(s) of the following documents: Subpoena to Testify at a Deposition in a Civil Action; Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Check for $50.00 in a conspicuous place at the address of 211 13th Ave E #B, Seattle, within King County, WA on 4/3/2020 at 1:30 PM.

Additional Comments: On Aril 3, 2020 @1:40 PM the undersigned mailed via USPS Subpoena to Testify at a Deposition in a Civil Action; Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 4/6/2020

A. Hernandez
Registered Process Server
License#: 1820358 - Expiration Date: 11/30/2020
Serving By Irving Inc.
233 Broadway
New York, NY 10279
(212) 233-3346

Subscribed and sworn before me, a Notary Public, this 6th day of April, 2020

Douglas L. Stock, Notary Public
My Commission expires on: 1/29/2023

DOUGLAS L STOCK
NOTARY PUBLIC
STATE OF WASHINGTON
License Number 90414
My Commission Expires January 29, 2023

AFFIDAVIT OF SERVICE     281188  PAGE 1