UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------X

Ira Kleiman, et al

                         Plaintiff,

vs

Craig Wright

                        Defendant,
-----------------------------------------------------------------X

CIVIL ACTION NO.: 9:18-CV-80176

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF WASHINTON    )
COUNTY OF KING   )   s.s.:)

I, Jeff Dewitt, being duly sworn, depose and say:

1. I am not a party in this action and am over the age of eighteen years. I reside in the state of Washington. I am a licensed process server bearing license number 1030264 .

2. At the request of Roche Cyrulnik Freedman LLP, I was asked to effectuate service of a Subpoena to Testify at a Deposition in a Civil Action, Subpoena to Produce Documents, Information, Or Objects Or to Permit Inspection of Premises in a Civil Action with Schedule A, and a witness fee of $50.00 upon Jimmy Nguyen at the given address of 211 13th Avenue East, #B, Seattle, WA 98102.

3. On March 19, 2020 at 9:47 am, I arrived at the given address of 211 13th Avenue East, #B, Seattle, WA 98102. There was no answer at the door.

4. After due diligence, I was unable to serve Jimmy Nguyen with the named documents at the given address.

                                                        _____
                                                        Jeff Dewitt
                                                       License No. 1030264

Sworn to before me this 8TH
day of April, 2020

_____
Notary Public

**DOUGLAS L STOCK**
**NOTARY PUBLIC**
**STATE OF WASHINGTON**
License Number 90414
My Commission Expires January 29, 2023