Thursday, April 23, 2020 at 10:33:11 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Kleiman v. Wright, No. 9:18-cv-80176 (S.D. Fla.) |
| **Date:** | Wednesday, April 8, 2020 at 1:39:32 PM Eastern Daylight Time |
| **From:** | Stephen Lagos |
| **To:** | jimmyspeakz@gmail.com, jimmy@bitcoinassociation.net, jnguyen@wildman.com |
| **CC:** | Velvel Freedman, Manny Jacobowitz |
| **Attachments:** | Motion to Compel Filings.zip |

Dear Mr. Nguyen—

Please see attached for a motion to compel your compliance with two subpoenas issued in connection with the above-captioned matter, along with a supporting declaration and exhibits. The attached documents were filed on April 6 by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs") in the United States District Court for the Western District of Washington.

Best,
Stephen

**Stephen Lagos**
Associate
Roche Cyrulnik Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(t) (603) 494-9245
(@) slagos@rcfllp.com