**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**SEATLE, WA 98102**   0904 01

7019 1640 0001 5942 5057

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| $ | $2.95 |
| **Extra Services & Fees** (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $1.80 |
| $ | |
| Total Postage and Fees | $8.20 |
| $ | |

Postmark Here
03/27/2020

OFFICIAL USE

Sent To
_____
Street and Apt. No., or PO Box No.
_____
City, State, ZIP+4®
_____

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70191640000159425057                                Remove X

Your item arrived at the SEATTLE, WA 98102 post office at 9:09 am on April 2, 2020 and is ready for pickup.

## Available for Pickup

April 2, 2020 at 9:09 am
Available for Pickup
SEATTLE, WA 98102

Feedback

---

### Text & Email Updates                                                

---

### Tracking History                                                    

**April 2, 2020, 9:09 am**
Available for Pickup
SEATTLE, WA 98102
Your item arrived at the SEATTLE, WA 98102 post office at 9:09 am on April 2, 2020 and is ready for pickup.

---

**April 1, 2020, 3:20 pm**
Notice Left (No Authorized Recipient Available)
SEATTLE, WA 98102

---

**April 1, 2020, 7:10 am**
Out for Delivery

SEATTLE, WA 98102

**April 1, 2020, 6:24 am**
Arrived at Unit
SEATTLE, WA 98134

**April 1, 2020, 3:30 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**April 1, 2020, 1:06 am**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**April 1, 2020, 12:14 am**
Departed USPS Regional Facility
SEATTLE WA NETWORK DISTRIBUTION CENTER

**March 31, 2020, 10:56 pm**
Arrived at USPS Regional Destination Facility
SEATTLE WA NETWORK DISTRIBUTION CENTER

**March 31, 2020**
In Transit to Next Facility

**March 30, 2020, 7:17 pm**
Arrived at USPS Regional Origin Facility
SPRINGFIELD MA NETWORK DISTRIBUTION CENTER

**March 29, 2020, 3:51 pm**
Arrived at USPS Regional Facility
ALBANY NY DISTRIBUTION CENTER

**March 29, 2020, 1:02 am**
Arrived at USPS Regional Origin Facility
KEARNY NJ DISTRIBUTION CENTER

Feedback

**March 27, 2020, 5:05 pm**
Departed Post Office
STAMFORD, CT 06907

**March 27, 2020, 12:54 pm**
USPS in possession of item
STAMFORD, CT 06907

**Product Information** 

**See Less** ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback