# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com®.

SEATTLE, WA 98102   OFFICIAL USE

Certified Mail Fee  $3.55
$ $2.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $9.60
$
Total Postage and Fees
$ $16.00

Postmark
Here

0904
03

04/07/2020

Sent To  Jimmy Nguyen
Street and Apt. No., or PO Box No.  211 15th Ave East Apt. 5
City, State, ZIP+4®  Seattle, WA 98162

7014 1640 0001 5941 7595

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70191640000159417595

This is a reminder to arrange for redelivery of your item before May 8, 2020 or your item will be returned on May 9, 2020. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

## Delivery Attempt: Action Needed

Reminder to Schedule Redelivery of your item before May 8, 2020

Schedule Redelivery ⌄

Feedback

Text & Email Updates ⌄

Schedule Redelivery ⌄

Tracking History ⌃

Reminder to Schedule Redelivery of your item before May 8, 2020
This is a reminder to arrange for redelivery of your item before May 8, 2020 or your item will be returned on May 9, 2020. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

April 10, 2020, 9:11 am
Available for Pickup
SEATTLE, WA 98102

**April 9, 2020, 12:27 pm**
Notice Left (No Authorized Recipient Available)
SEATTLE, WA 98102

**April 9, 2020, 7:10 am**
Out for Delivery
SEATTLE, WA 98102

**April 9, 2020, 6:42 am**
Arrived at Unit
SEATTLE, WA 98134

**April 9, 2020, 2:48 am**
Arrived at USPS Facility
SEATTLE, WA 98134

**April 9, 2020, 1:52 am**
Departed USPS Regional Facility
SEATTLE WA NETWORK DISTRIBUTION CENTER

**April 9, 2020, 1:21 am**
Arrived at USPS Regional Destination Facility
SEATTLE WA NETWORK DISTRIBUTION CENTER

**April 8, 2020**
In Transit to Next Facility

**April 7, 2020, 11:12 pm**
Arrived at USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**April 7, 2020, 5:00 pm**
Departed Post Office
STAMFORD, CT 06907

**April 7, 2020, 3:34 pm**
USPS in possession of item
STAMFORD, CT 06907

Feedback



**Product Information** ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback