```
===================================
           CAMP AVENUE
           24 CAMP AVE
       STAMFORD, CT 06907-9992
            087718-0904
            (800)275-8777
        04/07/2020 03:38 PM
===================================
===================================
                                       Price
                      Qty   Unit
Product                     Price
-----------------------------------
                      1    $9.60    $9.60
PM 2-Day
   (Domestic)
   (SEATTLE, WA  98102)
   (Weight:0 Lb 13.40 Oz)
   (Expected Delivery Day)
   (Thursday 04/09/2020)
Certified                            $3.55
   (USPS Certified Mail #)
   (70191640000159417595)
Return Receipt                       $2.85
   (USPS Return Receipt #)
   (9590940246238323824120)
Mailer 10.5 x 16      2    $1.49    $2.98
PM 2-Day              1    $9.60    $9.60
   (Domestic)
   (SEATTLE, WA  98102)
   (Weight:0 Lb 13.70 Oz)
   (Expected Delivery Day)
   (Thursday 04/09/2020)
   (USPS Tracking #)
   (9505 5117 4722 0098 3871 20)
Insurance                            $0.00
   (Up to $50.00 included)
-----------------------------------
Total:                              $28.58
-----------------------------------

Credit Card Remitd                  $28.58
```