**TWEETS AND RETWEETS BY @JIMMYWINMEDIA BY DATE**

| Date | Number of Tweets and Retweets |
|---|---|
| February 29, 2020 | 7 |
| March 1, 2020 | 9 |
| March 2, 2020 | 4 |
| March 3, 2020 | 0 |
| March 4, 2020 | 5 |
| March 5, 2020 | 1 |
| March 6, 2020 | 2 |
| March 7, 2020 | 2 |
| March 8, 2020 | 4 |
| March 9, 2020 | 0 |
| March 10, 2020 | 2 |
| March 11, 2020 | 10 |
| March 12, 2020 | 3 |
| March 13, 2020 | 3 |
| March 14, 2020 | 3 |
| March 15, 2020 | 1 |
| March 16, 2020 | 0 |
| March 17, 2020 | 0 |
| March 18, 2020 | 0 |
| March 19, 2020 | 1 |
| March 20, 2020 | 0 |
| March 21, 2020 | 0 |
| March 22, 2020 | 1 |
| March 23, 2020 | 1 |
| March 24, 2020 | 0 |
| March 25, 2020 | 2 |
| March 26, 2020 | 0 |
| March 27, 2020 | 0 |
| March 28, 2020 | 0 |
| March 29, 2020 | 1 |
| **Total (February 29, 2020 – March 29, 2020)** | **62** |
| **Total (March 30, 2020 – April 23, 2020)** | **0** |

Source:  @JimmyWinMedia, Twitter, https://twitter.com/JimmyWinMedia (last visited Apr. 23, 2020).