1
2                                                                The Honorable Barbara J. Rothstein
3
4
5
6
7
8
9                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
10                                      AT SEATTLE

11   IN RE SUBPOENA TO
     JIMMY NGUYEN                              Case No. 2:20-cv-00593-BJR
12

13   IRA KLEIMAN, as the personal              **[PROPOSED] ORDER GRANTING**
     representative of the Estate of David     **PLAINTIFFS' SECOND MOTION TO**
14   Kleiman, and W&K Info Defense Research,   **COMPEL**
     LLC,
15
                                   Plaintiffs,
16
        v.
17
     CRAIG WRIGHT,
18
                                   Defendant.
19

20
21
22
23
24   [PROPOSED] ORDER                           ROCHE CYRULNIK FREEDMAN LLP
     GRANTING MOTION TO COMPEL                  200 S BISCAYNE BLVD., SUITE 5500
     (Case No. 2:20-cv-00593-BJR)                       MIAMI, FL 33131
                                                        (305) 753-3675

This matter came before the Court on a Second Motion to Compel filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs"). Plaintiffs sought an order compelling Jimmy Nguyen to provide answers to deposition questions concerning his communications relating to the underlying matter (the "Florida Action"), and the assets at issue in that matter.

1. Due and adequate notice having been given to the parties, and the Court having considered all papers filed and proceedings had herein, and good cause appearing, Plaintiffs' Second Motion to Compel is GRANTED.

2. The Court finds that (i) Craig Wright cannot invoke the attorney-client privilege to prevent Mr. Nguyen from testifying in this action; that (ii) neither Mr. Nguyen nor Craig Wright can invoke a joint defense privilege to shield his testimony in this action; and that (iii) Mr. Nguyen shall, on May 1, 2020, sit for a second deposition not to exceed three hours where Plaintiffs shall be entitled to ask questions they were unable to ask due to the instructions Mr. Nguyen received from his counsel and counsel from Dr. Wright. Therefore,

IT IS SO ORDERED.

Dated: _____           _____

U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/* Emanuel Jacobowitz
Emanuel Jacobowitz, WSBA #39991

[PROPOSED] ORDER GRANTING
PLAINTIFFS' SECOND MOTION TO COMPEL
(Misc. Case No. _____)

2

ROCHE CYRULNIK FREEDMAN LLP
200 S BISCAYNE BLVD., SUITE 5500
MIAMI, FL 33131
TEL.: (305) 753-3675