HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

***IN RE SUBPOENA TO JIMMY NGUYEN***

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman; and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO. 20-cv-00593-BJR<br><br>ORDER GRANTING NON-PARTY JIMMY NGUYEN'S MOTION TO FILE UNDER SEAL EXHIBIT TO RESPONSE TO PLAINTIFFS' SECOND MOTION TO COMPEL<br><br>[**PROPOSED**]<br><br>***WITHOUT ORAL ARGUMENT*** |

THIS MATTER having come before the Court on Non-Party Jimmy Nguyen's Motion to File Under Seal Mr. Nguyen's confidential deposition transcript in support of his Response to Plaintiff's Second Motion to Compel, and the Court having reviewed the materials submitted in support of the Motion, if any, and the Court having found that Jimmy Nguyen has made the required showing to allow filing of these materials under seal pursuant to LCR 5(g), now, therefore, it is hereby

ORDERED that Non-Party Jimmy Nguyen's Motion to File Under Seal is GRANTED and his confidential deposition transcript in support of the Response to Plaintiff's Second Motion to Compel shall be filed under seal.

ORDER GRANTING NON-PARTY JIMMY NGUYEN'S
MOTION TO FILE UNDER SEAL EXHIBIT TO RESPONSE TO
PLAINTIFFS' SECOND MOTION TO COMPEL - 1
(USDC Case No. 20-cv-00593-BJR)

7098172.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington  98101-2380
(206) 628-6600

The Clerk of the Court is directed to forward copies of this Order to all counsel of record.

DATED this ____ day of May, 2020.

_____
HONORABLE BARBARA J. ROTHSTEIN

PRESENTED BY:

/s/ *Scott B. Henrie*
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
E-mail:  shenrie@williamskastner.com

and

/s/ *Spencer H. Silverglate*
Spencer H. Silverglate, FL Bar No. 769223
*Pro Hac Vice Application Pending*
Trevor Gillum, FL Bar No. 1003867
*Pro Hac Vice Application Pending*
CLARKE SILVERGLATE, P.A.
799 Brickell Plaza, Suite 900
Miami, FL  33131-2805
Telephone:  (305) 377-0700
Email:  ssilverglate@cspalaw.com; and
 tgillum@cspalaw.com

**Attorneys for James "Jimmy" Nguyen, Subpoenaed Individual**

ORDER GRANTING NON-PARTY JIMMY NGUYEN'S
MOTION TO FILE UNDER SEAL EXHIBIT TO RESPONSE TO
PLAINTIFFS' SECOND MOTION TO COMPEL - 2
(USDC Case No. 20-cv-00593-BJR)

7098172.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington  98101-2380
(206) 628-6600

# CERTIFICATE OF FILING/SERVICE

I hereby certify that on May 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered with CM/ECF.

Further, I hereby certify that on May 6, 2020, I provided the foregoing to following non-CM/ECF participants via Electronic Mail/Email:

*Counsel for Plaintiffs:*

Emanuel Jacobowitz, WSBA #39991
CLOUTIER ARNOLD JACOBOWITZ, PLLC
2701 1st Ave., Ste. #200
Seattle, WA  98121
Telephone:  206-769-3759
Email:  manny@CAJlawyers.com

Kyle W. Roche and Joseph M. Delich
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY  10016
Email: kyle@rcfllp.com; and
jdelich@rcfllp.com

Velvel (Devin) Freedman, FL Bar No. 99762
ROCHE CYRULNIK FREEDMAN LLP
200 S. Biscayne Blvd, Suite 5500
Miami, FL  33131
Telephone: (305) 357-3861
Email:  vel@rcfllp.com; and
nbermond@rcfllp.com

Andrew S. Brenner
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL  33131
Email:  abrenner@bsfllp.com

*Counsel for Defendant:*
Amanda McGovern
Email:  amcgovern@riveromestre.com

DATED this 6th day of May, 2020.

/s/ Scott B. Henrie, WSBA #12673
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600   Fax:  (206) 628-6611
Email:  shenrie@williamskastner.com

*Attorneys for James "Jimmy" D. Nguyen, Subpoenaed Individual*

ORDER GRANTING NON-PARTY JIMMY NGUYEN'S MOTION TO FILE UNDER SEAL EXHIBIT TO RESPONSE TO PLAINTIFFS' SECOND MOTION TO COMPEL - 3
(USDC Case No. 20-cv-00593-BJR)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington  98101-2380
(206) 628-6600

7098172.1