HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*IN RE SUBPOENA TO JIMMY NGUYEN*

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman; and W&K Info Defense Research, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | CASE NO. 20-cv-00593-BJR<br><br>**NOTICE OF FILING *EXHIBIT A* TO DECLARATION OF NON-PARTY JIMMY NGUYEN IN SUPPORT OF RESPONSE TO PLAINTIFF'S SECOND MOTION TO COMPEL** |

Non-Party Jimmy Nguyen gives notice of filing a copy of *Exhibit A* to his Declaration in Support of Response to Plaintiff's Second Motion to Compel [Dkt. No. 20] filed on May 6, 2020. The Declaration was inadvertently filed without the exhibit attached.

DATED this 7th day of May, 2020.

/s/ *Scott B. Henrie*
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
E-mail: shenrie@williamskastner.com

NOTICE OF FILING *EXHIBIT A* TO DECLARATION OF NON-PARTY JIMMY NGUYEN IN SUPPORT OF RESPONSE TO PLAINTIFF'S SECOND MOTION TO COMPEL
(USDC Case No. 20-cv-00593-BJR)
Page 1 of 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

and

/s/ *Spencer H. Silverglate*
Spencer H. Silverglate, FL Bar No. 769223
*Pro Hac Vice Application Pending*
Trevor Gillum, FL Bar No. 1003867
*Pro Hac Vice Application Pending*
CLARKE SILVERGLATE, P.A.
799 Brickell Plaza, Suite 900
Miami, FL 33131-2805
Telephone: (305) 377-0700
Email: ssilverglate@cspalaw.com; and
   tgillum@cspalaw.com

**Attorneys for James "Jimmy" Nguyen, Subpoenaed Individual**

NOTICE OF FILING *EXHIBIT A* TO DECLARATION OF NON-PARTY JIMMY NGUYEN IN SUPPORT OF RESPONSE TO PLAINTIFF'S SECOND MOTION TO COMPEL
 (USDC Case No. 20-cv-00593-BJR)
Page 2 of 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered with CM/ECF.

Further, I hereby certify that on May 7, 2020, I provided the foregoing to following non-CM/ECF participants via Electronic Mail/Email:

*Counsel for Plaintiffs:*

Emanuel Jacobowitz, WSBA #39991
CLOUTIER ARNOLD JACOBOWITZ, PLLC
2701 1st Ave., Ste. #200
Seattle, WA 98121
Telephone: 206-769-3759
Email: manny@CAJlawyers.com

Kyle W. Roche and Joseph M. Delich
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY 10016
Email: kyle@rcfllp.com; and
jdelich@rcfllp.com

Velvel (Devin) Freedman, FL Bar No. 99762
ROCHE CYRULNIK FREEDMAN LLP
200 S. Biscayne Blvd, Suite 5500
Miami, FL 33131
Telephone: (305) 357-3861
Email: vel@rcfllp.com; and
nbermond@rcfllp.com

Andrew S. Brenner
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Email: abrenner@bsfllp.com

*Counsel for Defendant:*
Amanda McGovern
Email: amcgovern@riveromestre.com

DATED this 7th day of May, 2020.

/s/ *Scott B. Henrie*
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600   Fax: (206) 628-6611
Email: shenrie@williamskastner.com

*Attorneys for James "Jimmy" Nguyen,
Subpoenaed Individual*

NOTICE OF FILING *EXHIBIT A* TO DECLARATION OF
NON-PARTY JIMMY NGUYEN IN SUPPORT OF
RESPONSE TO PLAINTIFF'S SECOND MOTION TO COMPEL
(USDC Case No. 20-cv-00593-BJR)
Page 3 of 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# Exhibit A

-------- Original Message --------
Subject: RE: Liaison/representative role on Kleiman lawsuit and other legal matters
From: <craig@rcjbr.org>
Date: Fri, March 27, 2020 8:16 am
To: <jimmy@newwindigital.com>

Yes Jimmy.

Please continue in this manner.

Craig Wright

**From:** jimmy@newwindigital.com <jimmy@newwindigital.com>
**Sent:** Friday, 27 March 2020 2:56 PM
**To:** craig@rcjbr.org
**Subject:** Liaison/representative role on Kleiman lawsuit and other legal matters

Craig - this will confirm our telephone conversation of March 16, 2020.  At your request, I will continue acting as your liaison/representative with your lawyers in the Kleiman lawsuit, in order to facilitate communications between you and the lawyers, as well as understanding of Bitcoin topics.

You first asked me in February 2018 to act in this liaison capacity to help find litigation counsel to represent you in the Kleiman lawsuit, and then after litigation counsel was selected, to continue facilitating communications with your counsel.  This was in addition to the Common Interest Agreement we put in place between you and nChain at the beginning of the case.

Given my recent departure from nChain's Strategic Advisory Board, I asked you to confirm whether you still want me to act in this liaison/representative capacity on legal matters for you - including in the Kleiman case, and you said yes.  I note that you also asked me in the past to serve in a similar representative/liaison role for you in other legal matters you have (in addition to the Kleiman lawsuit) and I will continue to do so.

As I've explained, I am no longer a practicing lawyer so I do not act as your counsel, but in a liaison role to assist you with your lawyers.