| | |
|---|---|
| **Subject:** | RE: Kleiman v Wright - papers and call |
| **Date:** | Friday, May 1, 2020 at 11:24:36 AM Eastern Daylight Time |
| **From:** | Andres Rivero |
| **To:** | Velvel Freedman, Spencer Silverglate, Zalman Kass |
| **CC:** | Joseph Delich, Stephen Lagos, Trevor Gillum |
| **Attachments:** | image001.jpg, image002.jpg, image003.png, image004.png |

We will not be participating but do expect to receive service of all papers filed.

Andrés Rivero
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard
Suite 1000
Miami, Florida 33134
(P) 305-445-2500 | (F) 305-445-2505
arivero@riveromestre.com | www.riveromestre.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Velvel Freedman <vel@rcfllp.com>
**Sent:** Friday, May 1, 2020 11:17 AM
**To:** Spencer Silverglate <ssilverglate@cspalaw.com>; Andres Rivero <arivero@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>
**Cc:** Joseph Delich <jdelich@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>; Trevor Gillum <TGillum@cspalaw.com>
**Subject:** Re: Kleiman v Wright - papers and call

Thanks Spencer.

Andres - can you join a call at 1? If not, please advise of your availability for a call prior to 12:15.

-Vel

Velvel (Devin) Freedman
Partner
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com

**From:** Spencer Silverglate <ssilverglate@cspalaw.com>
**Sent:** Friday, May 1, 2020 10:08:25 AM
**To:** Velvel Freedman <vel@rcfllp.com>; Andres Rivero <arivero@riveromestre.com>; Zalman Kass <zkass@riveromestre.com>
**Cc:** Joseph Delich <jdelich@rcfllp.com>; Stephen Lagos <slagos@rcfllp.com>; Trevor Gillum <TGillum@cspalaw.com>
**Subject:** RE: Kleiman v Wright - papers and call

Vel,

We are available after 1 pm ET.

Spencer

**Spencer H. Silverglate, Esq.**
Chairman, President
bio | vcard | email | map | website

CLARKE SILVERGLATE

799 brickell plaza
suite 900
miami, florida 33131
phone: 305-377-0700
fax: 305-377-3001
direct line: 305-347-1557
e-mail: ssilverglate@cspalaw.com
www.cspalaw.com

Confidentiality Notice:  The information contained in this transmittal, including any attachment, is privileged and confidential and is intended only for the person or employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of have received this transmittal in error, please contact the sender immediately and delete this transmittal from any computer or other data bank.

**From:** Velvel Freedman [mailto:vel@rcfllp.com]
**Sent:** Friday, May 01, 2020 8:19 AM
**To:** Andres Rivero; Spencer Silverglate; Zalman Kass
**Cc:** Joseph Delich; Stephen Lagos; Trevor Gillum
**Subject:** Kleiman v Wright - papers and call

Good morning,

Please see papers filed earlier this morning. Pursuant to the Court's standing order, please let me know when this morning you all can dial into chambers for a conference with the Court.

Obviously, this is a time sensitive matter, so I'd very much appreciate your prompt responses for availability.

Thanks,
-Vel
Velvel (Devin) Freedman
Partner
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com


NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.