HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**IN RE SUBPOENA TO JIMMY NGUYEN**

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman; and W&K Info Defense Research, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRAIG WRIGHT, <br><br> Defendant. | CASE NO. 20-cv-00593-BJR <br><br> **NON-PARTY JIMMY NGUYEN'S NOTICE OF FILING REDACTED DEPOSITION TRANSCRIPT** |

Pursuant to this Court's instruction, Non-Party Jimmy Nguyen hereby files his April 30, 2020 deposition transcript where confidential portions have been redacted by agreement with Plaintiffs' counsel.

DATED this 18th day of May, 2020.

/s/ *Scott B. Henrie*
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
E-mail: shenrie@williamskastner.com

NON-PARTY JIMMY NGUYEN'S NOTICE OF FILING
REDACTED DEPOSITION TRANSCRIPT
(USDC Case No. 20-cv-00593-BJR)
Page 1 of 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

and

/s/ *Spencer H. Silverglate*
Spencer H. Silverglate, FL Bar No. 769223
*Admitted Pro Hac Vice*
Trevor Gillum, FL Bar No. 1003867
*Admitted Pro Hac Vice*
CLARKE SILVERGLATE, P.A.
799 Brickell Plaza, Suite 900
Miami, FL  33131-2805
Telephone:  (305) 377-0700
Email:  ssilverglate@cspalaw.com; and
tgillum@cspalaw.com

**Attorneys for James "Jimmy" Nguyen, Subpoenaed Individual**

NON-PARTY JIMMY NGUYEN'S NOTICE OF FILING
REDACTED DEPOSITION TRANSCRIPT
(USDC Case No. 20-cv-00593-BJR)
Page 2 of 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington  98101-2380
(206) 628-6600

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered with CM/ECF.

Further, I hereby certify that on May 18, 2020, I provided the foregoing to following non-CM/ECF participants via Electronic Mail/Email:

*Counsel for Plaintiffs:*

Emanuel Jacobowitz, WSBA #39991
CLOUTIER ARNOLD JACOBOWITZ, PLLC
2701 1st Ave., Ste. #200
Seattle, WA  98121
Telephone:  206-769-3759
Email:  manny@CAJlawyers.com

Kyle W. Roche and Joseph M. Delich
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY  10016
Email: kyle@rcfllp.com; and
jdelich@rcfllp.com

Velvel (Devin) Freedman, FL Bar No. 99762
ROCHE CYRULNIK FREEDMAN LLP
200 S. Biscayne Blvd, Suite 5500
Miami, FL  33131
Telephone: (305) 357-3861
Email:  vel@rcfllp.com; and
           nbermond@rcfllp.com

Andrew S. Brenner
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL  33131
Email:  abrenner@bsfllp.com

*Counsel for Defendant:*
Amanda McGovern
Email:  amcgovern@riveromestre.com

DATED this 18th day of May, 2020.

/s/ *Scott B. Henrie*
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600   Fax:  (206) 628-6611
Email:  shenrie@williamskastner.com

*Attorneys for James "Jimmy" Nguyen,
Subpoenaed Individual*

NON-PARTY JIMMY NGUYEN'S NOTICE OF FILING
REDACTED DEPOSITION TRANSCRIPT
(USDC Case No. 20-cv-00593-BJR)
Page 3 of 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington  98101-2380
(206) 628-6600